JS - 6/ENTER

FILED

SEP 1 4 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| PETER BERGNE, ) | Case No.   CV 10-6171-CAS   (MLG) |
|     Petitioner, ) | JUDGMENT |
|     v. ) |  |
| TERRI GONZALEZ, WARDEN, ) |  |
|     Respondent. ) |  |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 13, 2010

_Christina A. Snyder_
Christina A. Snyder
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY